# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00054-CV

### In re Michael Glenn Roller

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

We dismiss as moot relator Michael Glenn Roller's petition for writ of mandamus, which raises the same arguments that Roller made in his previous petition for writ of mandamus that we denied today.

 

 

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Kelly

Filed: March 28, 2024